MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
IBAD H. JAFRI
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov
Email: ibad.jafri2@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. |
|---|---|
| Plaintiff, | COUNT 1:<br>DISTRIBUTION OF CHILD PORNOGRAPHY<br>   Vio. of 18 U.S.C. § 2252A(a)(2), (b)(1) |
| vs. | |
| PETNGALRIA PAUL, a/k/a "GARRETT," | COUNT 2:<br>RECEIPT OF CHILD PORNOGRAPHY<br>   Vio. of 18 U.S.C. § 2252A(a)(2), (b)(1) |
| Defendant. | |
| | COUNT 3:<br>POSSESSION OF CHILD PORNOGRAPHY<br>   Vio. of 18 U.S.C. § 2252A(a)(5)(B), (b)(2) |
| | CRIMINAL FORFEITURE ALLEGATION:<br>   18 U.S.C. § 2253(a), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning on or before August 11, 2025, and continuing until on or about August 13, 2025, within the District of Alaska, the defendant, PETNGALRIA PAUL, a/k/a "GARRETT," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (C), and any material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in an affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

## COUNT 2

Beginning on or before August 11, 2025, and continuing until on or about August 13, 2025, within the District of Alaska, the defendant, PETNGALRIA PAUL, a/k/a "GARRETT," knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (C), and material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

//
//

## COUNT 3

Beginning on or before August 11, 2025, and continuing until on or about August 13, 2025, within the District of Alaska, the defendant, PETNGALRIA PAUL, a/k/a "GARRETT," knowingly possessed material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (C), which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18 U.S.C. § 2253(a)(3).

Upon conviction of the felony offenses charged in Counts 1-3 of this Indictment, the defendant, PETNGALRIA PAUL, a/k/a "GARRETT," shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses charged in Counts 1-3, or any property traceable to such property, including but not limited to:

1. Samsung Phone, Galaxy model, black in color, Barcode# E8448423.

All pursuant to 18 U.S.C. § 2253(a), 28 U.S.C. § 2461(c) and Federal Rule of Criminal Procedure 32.2(a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: December 16, 2025